ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | 3:07-CR-046-L (2) |
| | ) | |
| EMMANUEL BOBBY EDET | ) | |

## ORDER AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to the District Court's order of reference filed on March 27, 2008, came on to be considered the Motion to withdraw and for Appointment of Counsel filed by counsel for Defendant on March 23, 2008, and

Being of the opinion that the motion to withdraw is meritorious,

IT IS, THEREFORE, ORDERED that the motion to withdraw as counsel of record is granted, and Don Bailey is relieved from further representation of Defendant.

IT IS FURTHER RECOMMENDED that Defendant's request for appointment of counsel on appeal be denied as Defendant has failed to show that he is a person unable to pay for the services of counsel on appeal. See Financial Affidavit executed on March 30, 2008.

A copy of this order and recommendation shall be sent to Defendant, Don Bailey and counsel for the government.

SIGNED this 31st day of March, 2008.

UNITED STATES MAGISTRATE JUDGE

Notice
In the event that a party wishes to object to this recommendation, you are hereby notified that you must file your written objections within ten days after being served with a copy of this

recommendation. Pursuant to <u>Douglass v. United States Services Auto Ass'n</u>, 79 F.3d 1415 (5th Cir. 1996) (<u>en banc</u>) a party's failure to file written objections to this recommendation within such ten day period may bar a <u>de novo</u> determination by the District Judge of any findings of fact or conclusions of law and shall bar such party, except upon grounds of plain error from attacking on appeal the unobjected to proposed findings of fact and conclusions of law accepted by the District Court.