IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA   §
  §
v.   §   Criminal No. 3:07-CR-046-L
  §
EMMANUEL BOBBY EDET (2)   §
a.k.a. "Bob Edet"   §

## ORDER

Pursuant to 28 U.S.C. § 636(b), and an order of the court in implementation thereof, the Motion to Withdraw and for Appointment of Counsel filed by counsel for Defendant was referred to United States Magistrate Judge Wm. F. Sanderson, Jr. for hearing, if necessary, and for determination. On March 31, 2008, the Order and Recommendation of United States Magistrate Judge was filed, to which Defendant did not object. The Magistrate Judge granted the motion to withdraw as counsel of record and relieved Mr. Don Bailey from further representation of Defendant. The court hereby **accepts** the Magistrate Judge's recommendation that Defendant's request for appointment of counsel on appeal be denied as Defendant has failed to show that he is a person unable to pay for the services of counsel on appeal. Accordingly, Defendant's request for appointment of counsel is **denied**.

**It is so ordered** this 29th day of April, 2008.

_____
Sam A. Lindsay
United States District Judge

Solo Page